FORM B6A
(6/90)

In re  Gary B. Hodge
_____
Debtor

Case No. __05-47599__
(if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| condominium<br><br>37 Katheryn Michael St., Yarmouthport, MA | JTWROS | J | 80,000.00 | 35,000.00 |
| house and lot<br><br>38 Sunrise Terrace Westfield, MA | Tenancy by the Entirety | J | 83,500.00 | 54,000.00 |
| time share<br><br>Kissimiee, Fld | JTWROS | J | 1,000.00 | None |
| one-half interest in house and lot with life estates attached<br><br>70 Bailey St. Agawam, MA | one-half interest in tenancy in common | H | 50,000.00 | None |
| | | Total ▶ | 214,500.00 | |

(Report also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

FORM B6B
(10/89)

In re ___Gary B. Hodge_____    Case No. ___05-47599_____
                    Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | cash | H | 100.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account no  130556-934-7 Citizens Bank | H | 50.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Wearing apparel | H | 500.00 |
| 7.   Furs and jewelry. | | 3 gold rings, misc jewelry | H | 500.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640  -  32151

FORM B6B
(10/89)

In re  Gary B. Hodge                                    Case No.  05-47599
_____                              _____
        Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | 200000 term life ins with Transamerica | H | 0.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | | misc old accounts from dissovled company | H | Indeterminate |
| 16.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |

FORM B6B
(10/89)

In re ___Gary B. Hodge_____    Case No. ___05-47599_____
Debtor    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | | 2 desks, one computer | H | 100.00 |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested.  Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. | | malpractice claim against atty. Albert Innarelli | H | 0.00 |

_0_ continuation sheets attached

Total ▶ $    1,250.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

FORM B6C
(6/90)

In re  Gary B. Hodge
_____
            Debtor

Case No.  05-47599
_____
                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| house and lot | MGL ch.188 §1 | 29,500.00 | 83,500.00 |
| cash | MGL ch.235 §34 | 100.00 | 100.00 |
| checking account no  130556-934-7 | MGL ch.235 §34 | 50.00 | 50.00 |
| Wearing apparel | MGL ch.235 §34 | 500.00 | 500.00 |
| 2 desks, one computer | MGL ch.235 §34 | 100.00 | 100.00 |

Form B6D
(12/03)

In re _____,     Case No. _____
       Gary B. Hodge

**Debtor**                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aletha Hodge<br>70 Bailey St.<br>Agawam, MA 01001 | | | Lien: First Mortgage<br>Security: 37 Kathering Michael St., Yarmouthport, MA 02675<br><br><br>VALUE $      160,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 0000851933838<br><br>Banknorth<br>32 Chestnut St.<br>Lewiston, ME 04240 | | | Lien: first mtg<br>Security: 38 Sunrise Terrace<br><br><br>VALUE $     160,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Carl A. Greene<br>c/o Atty Michael Parker<br>1391 Main St.<br>Springfield, MA 01103 | | | Lien: execution<br><br><br>VALUE $     0.00 | | | X | Unknown | Unknown |
| ACCOUNT NO.<br><br>Collector<br>City of Westfield<br>59 Court St.<br>Westfield, MA 01085 | | | Lien: tax taking<br>Security: 38 Sunrise Terrace, Westfield, Ma<br><br><br>VALUE $     0.00 | | | | 2,500.00 | 2,500.00 |

_2_____ continuation sheets attached

Subtotal ➤   $    2,500.00
(Total of this page)

Total ➤   $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

Form B6D - Cont.
(12/03)

In re  Gary B. Hodge                                                            ,         Case No.   05-47599
_____                     _____
**Debtor**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dept of Ind. Accidents <br> c/o Yellen & Goldman <br> 2000 Commonwealth Ave. <br> Newton, MA 02166 | | | Lien: execution <br><br><br><br> VALUE $       0.00 | | | X | Unknown | Unknown |
| ACCOUNT NO. <br><br> Leisure Bay Indurstries <br> c/o Bowditch & Dewey <br> 161 Worcester Rd., 6th fl <br> Framingham, MA 01701 | | | Lien: execution <br><br><br><br> VALUE $       0.00 | | | X | Unknown | Unknown |
| ACCOUNT NO. <br><br> Mass. Dept of Revenue <br> Bankruptcy Unit <br> PO Box 55484 <br> Boston, MA 02205 | | | Lien: tax lien <br> Security: 38 Sunrise Terrace, Westfield MA <br><br> VALUE $    80,000.00 | | | | 8,180.00 | 0.00 |
| ACCOUNT NO. <br><br> Miichael and Judy Bergdoll <br> c/o Mark Draper <br> PO Box 15428 <br> Springfield, MA 01115-5428 | | | Lien: judicial lien <br> Security: 38 Sunrise Terrace, Agawam, MA <br><br> VALUE $   160,000.00 | | | X | Unknown | Unknown |
| ACCOUNT NO. <br><br> Pamela J. Zulkiewicz <br> c/o Steven Weiner <br> 930 Main St. <br> Springfield, MA 01103 | | | Lien: execution <br><br><br><br> VALUE $       0.00 | | | X | Unknown | Unknown |

Sheet no.  1  of  2  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal ▸ | $       8,180.00
(Total of this page)

Total | $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

Form B6D - Cont.
(12/03)

In re _____Gary B. Hodge_____,    Case No. _____05-47599_____
**Debtor**                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Peter J. Ronchi<br>23 Joanne St.<br>Westfield, MA 01085 | | | Lien: execution<br><br><br>VALUE $     0.00 | | | X | Unknown | Unknown |
| ACCOUNT NO.<br><br>Speck Pumps Pool Products, Inc.<br>c/o Kerry Strayer<br>Kamberg Berman<br>1350 Main St.<br>Springfield, MA 01103 | | | Lien: execution<br><br><br>VALUE $     0.00 | | | X | Unknown | Unknown |
| ACCOUNT NO.<br><br>Water's Edge Distributors<br>c/o Burrows, Weiss & Bloomberg<br>78 Main St.<br>Northampton, MA 01060 | | | Lien: execution<br><br><br>VALUE $     0.00 | | | X | Unknown | Unknown |
| ACCOUNT NO.<br><br>William D. Beyette<br>c/o atty. Frater<br>1441 Main St.<br>Springfield, MA 01103 | | | Lien: execution<br><br><br>VALUE $     0.00 | | | X | Unknown | Unknown |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ (Total of this page)    $     0.00

Total ➤ (Use only on last page)    $     10,680.00

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

Form B6E
(04/04)

In re Gary B. Hodge _____.    Case No. _05-47599_____
          Debtor                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

Form B6E - Cont.
(04/04)

Gary B. Hodge                                                    05-47599

In re _____,    Case No. _____
                            **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Spec Pro Function STOP 20800<br>PO Box 9112<br>JFK Bldg<br>Boston, MA 02203 | | | Consideration: income taxes 2000-2004 | | | | 3,000.00 | 3,000.00 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Spec. Pro Function STOP 20800<br>PO Box 9112<br>JFK Bldg.<br>Boston, MA 02203 | | | | | | | 23,794.00 | 23,794.00 |
| ACCOUNT NO.<br><br>Mass Dept of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114 | | | Consideration: Income taxes 2000--2004 | | | | 2,000.00 | 2,000.00 |
| ACCOUNT NO.<br><br> | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤   $   28,794.00
(Total of this page)

Total ➤   $   28,794.00
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

Form B6F (12/03)

In re _____Gary B. Hodge_____,  Case No. _____05-47599_____
        **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary  of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4Ronald and Sarah Kirschner 8 Cider Mill Rd. Haydenville, MA 01038 | | | | | | | 2,075.00 |
| ACCOUNT NO.  Amadeu Almeida 26 Orlando Ave. Pittsfield, MA 01201 | | | Consideration: default judgment | | | X | Unknown |
| ACCOUNT NO.  Amy and Arthur Leigner c/o Alan Black 1383 Main St. Springfield, MA 01103 | | | Consideration: claim for contract breach | | | X | Unknown |
| ACCOUNT NO.  Bay State Gas  Co c/o Steven Nison 1365 Main St. Springfield, MA | | | Consideration: judgment | | | | 3,500.00 |

     _____7_____continuation sheets attached

Subtotal ➤ | $ | 5,575.00
(Total of this page)

Total ➤ | $ |
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

Form B6F - Cont.
(12/03)

Gary B. Hodge

05-47599

In re _____,      Case No. _____
          **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bill and Bert Ketchen, Inc <br> c/o Att. Graziano <br> PO Box 337 <br> Lee, MA 01238 | | | | | | X | Unknown |
| ACCOUNT NO. 5178052366454839 <br> Capital One <br> Po Box 26074 <br> Richmond, VA 23260 | | | Consideration: Credit card debt | | | | 300.00 |
| ACCOUNT NO. 5291152101601850 <br> Capital One <br> PO Box 85147 <br> Richomond, VA 23285 | | | Consideration: Credit card debt | | | | 200.00 |
| ACCOUNT NO. <br> Carl Greene <br> 19 LaBelle rd <br> Springfield, MA | | | | | | X | Unknown |
| ACCOUNT NO. 5424180356350337 <br> Citibank/CHOICE <br> Exception Payment Processing <br> PO Box 6305 <br> The Lakes, NV 88901 | | | | | | X | Unknown |

Sheet no. 1 of 7 continuation sheets attached to Schedule of Creditors Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 500.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

Form B6F - Cont.
(12/03)

Gary B. Hodge                                          05-47599

In re _____,    Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4271382437772748<br><br>Citibank/CHOICE<br>Exception Paymetn Processing<br>PO Box 6305<br>The Lakes, NV 88901 | | | Consideration: Credit card debt | | | X | Unknown |
| ACCOUNT NO.<br><br>Dept of Industrial Accidents<br>c/o John Yellin<br>Asst AG<br>2000 Commonwealth Ave.<br>Newton, MA 02466 | | | Consideration: workers comp ins claim | | | X | Unknown |
| ACCOUNT NO.  5458000540144546<br><br>Direct Merchants Credit Card Bank<br>48484 S. 129th East Ave.<br>Tulsa, OK 74134 | | | Consideration: Credit card debt | | | X | Unknown |
| ACCOUNT NO.<br><br>DM Industries<br>c/o Mark Foss<br>446 Main St.<br>Worcester, MA 01608 | | | Consideration: breach of contract claim | | | X | Unknown |
| ACCOUNT NO.<br><br>Dolores & Rallph Johnson<br>10 Howland Park<br>Hanover, MA 02339 | | | Consideration: default judgment | | | X | Unknown |

Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $                 0.00
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

Form B6F - Cont.
(12/03)

Gary B. Hodge                                          05-47599

In re _____,   Case No. _____
                    **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5487012000787883 <br><br> Fleet Credit Card Services <br> PO Box 1016 <br> Horsham, PA 19044 | | | Consideration: Credit card debt | | | X | Unknown |
| ACCOUNT NO. <br><br> Gerald Weiss <br> c/o Paul Fornier <br> PO Box 323 <br> Granby, MA 01151 | | | Consideration: default judgment | | | X | Unknown |
| ACCOUNT NO. <br><br> Gina Hanna <br> 19 Mulberry Lane <br> Somerset, CT 06071 | | | Consideration: default judgment | | | X | Unknown |
| ACCOUNT NO. <br><br> Herbert Brockert <br> 760 Central St. <br> Holliston, MA 01746 | | | Consideration: default judgment | | | X | Unknown |
| ACCOUNT NO. <br><br> Homecrest Industries <br> c/o John Dussi <br> 25 Burlington Mall Rd, 6th Fl <br> Burlington, MA 01803 | | | Consideration: guarantee | | | | 21,305.00 |

Sheet no. _3_ of _7_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 21,305.00
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Gary B. Hodge                                          05-47599

In re _____,      Case No. _____
                    **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5488975022126679<br><br>Household Credit Services<br>PO Box 80084<br>Salinas, CA 93912 | | | Consideration: Credit card debt | | | | 1,400.00 |
| ACCOUNT NO.<br><br>Joseph Colkos<br>70 Kirby St.<br>Chicopee, MA 01020 | | | Consideration: judgment | | | X | Unknown |
| ACCOUNT NO.<br><br>Kim Kropat<br>c/o Allan Cook<br>30 Boltwood Walk<br>Amherst, Ma 01002 | | | Consideration: breach of contract claim | | | X | Unknown |
| ACCOUNT NO.<br><br>Leenard Naylor Bishop<br>44 Prospect St.<br>Springfield, MA 01107 | | | Consideration: default judgment | | | X | Notice Only |
| ACCOUNT NO.<br><br>Leon Lamoureux<br>25 Harney St.<br>West Springfield, MA 01089 | | | Consideration: breach of contract claim | | | | 1,000.00 |

Sheet no. __4__ of __7__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 2,400.00
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Gary B. Hodge

05-47599

In re _____,    Case No. _____
    **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Louis Lapointe <br> c/o Paul Fornier <br> PO Box 323 <br> Granby,MA 01033 | | | Consideration: default judgment | | | X | Unknown |
| ACCOUNT NO.  5401260809009859 <br><br> MBNA <br> c/o Max Flow Corp <br> PO Box 2434 <br> Carol Stream, IL 60132 | | | Consideration: Credit card debt | | | X | Unknown |
| ACCOUNT NO.  5329041942189827 <br><br> MBNA Ameirca <br> c/o Max Flow <br> PO Box 2434 <br> Carol Stream, IL 60132 | | | Consideration: Credit card debt | | | X | Unknown |
| ACCOUNT NO.  5329041942243525 <br><br> MBNA Credit <br> PO Box 15021 <br> Wilmlington, DE 19850 | | | Consideration: Credit card debt | | | X | Unknown |
| ACCOUNT NO. <br><br> N. Jonas & Co <br> c/o Mary Bransford <br> 76 Canal St. <br> Ste 402 <br> Boston, MA 02114 | | | Consideration: default judgment | | | X | Unknown |

Sheet no. __5__ of _7___ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $    0.00
(Total of this page)
Total ➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Gary B. Hodge

05-47599

In re _____,    Case No. _____

       **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5489555103590602 <br><br>Orchard Bank<br>PO Box 80084<br>Salinas, CA 93912 | | | Consideration: Credit card debt | | | | 300.00 |
| ACCOUNT NO. <br><br>Roger Connor | | | Consideration: default judgmlent | | | X | Unknown |
| ACCOUNT NO. <br><br>Scott & Victoria Neal<br>4 Sidney Road<br>Sturbridge, MA 01566 | | | Consideration: judgment | | | | 1,186.00 |
| ACCOUNT NO. <br><br>Sebastian and Winifred Siano<br>c/o Christopher Johnson<br>776 Westfield St.<br>West Springfield, MA 01089 | | | Consideration: breach of contract claim | | | X | Unknown |
| ACCOUNT NO. 6011001321509038 <br><br>Sherman Acquistion LP<br>726 Exchange St.<br>Ste 700<br>Buffalo, NY 14210 | | | Consideration: Credit card debt | | | X | Unknown |

Sheet no. __6__ of __7__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

      Subtotal➤  $    1,486.00
(Total of this page)

      Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

Form B6F - Cont.
(12/03)

Gary B. Hodge                                              05-47599

In re _____,    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Steve and Kathleen Reynolds <br> 255 Dickinson Hiill Rd. <br> Russell, LMA 01071 | | | Consideration: default judgment | | | X | Unknown |
| ACCOUNT NO. <br><br> Thomas and Linda Laflamme <br> 163 Sylvester Rd. <br> Florence, MA 01060 | | | Consideration: breach of contract claim | | | X | Unknown |
| ACCOUNT NO. <br><br> United Bank <br> 95 Elm St. <br> West Springfield, MA 01089 | | | | | | | 10,000.00 |
| ACCOUNT NO. <br><br> Vincent Russo <br> 212 Maple Road <br> Longmeadow, MA 01106 | | | Consideration: judgmlent | | | | 700.00 |
| ACCOUNT NO. <br><br> Zbigniew and Maria Nocon <br> 145 Tolpa Circle <br> Chicopee, MA 01020 | | | Consideration: default judgment | | | X | Unknown |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $  10,700.00
(Total of this page)

Total ► $  41,966.00
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

FORM B6G
(10/89)

In re  Gary B. Hodge _____   Case No. ___05-47599___
              Debtor                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

FORM B6H
(6/90)

In re  Gary B. Hodge                                    Case No.  05-47599
_____                          _____
Debtor                                                      (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Sharon Hodlge | Banknorth |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

Form B6I
12/03

In re Gary B. Hodge ,                              Case No. 05-47599
_____              _____
Debtor                                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| | RELATIONSHIP No dependents | AGE |

| Employment: Occupation | DEBTOR salesmen | SPOUSE retired |
| --- | --- | --- |
| Name of Employer | Kayak Pools & Spas of New England | |
| How long employed | two years | |
| Address of Employer | 117 Bernard St. Jean Drive | |
| | East Falmouth, MA 02536 | |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
| --- | --- | --- |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 3,519.00 |
| Other monthly income (Specify)  (D)sales commissions | $ 5,000.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 5,000.00 | $ 3,519.00 |

TOTAL COMBINED MONTHLY INCOME        $ 8,519.00            (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

FORM B6J
(6/90)

In re  Gary B. Hodge
_____ ,    Case No.  05-47599
                    Debtor                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 400.00 |
| Are real estate taxes included?    Yes _____   No ✓ | |
| Is property insurance included?    Yes _____   No ✓ | |
| Utilities    Electricity and heating fuel | $ 300.00 |
|     Water and sewer | $ 50.00 |
|     Telephone | $ 100.00 |
|     Other    condo maintenance fees and cable | $ 260.00 |
| Home maintenance (Repairs and upkeep) | $ 200.00 |
| Food | $ 500.00 |
| Clothing | $ 150.00 |
| Laundry and dry cleaning | $ 20.00 |
| Medical and dental expenses | $ 200.00 |
| Transportation (not including car payments) | $ 500.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 50.00 |
|     Life | $ 360.00 |
|     Health | $ 250.00 |
|     Auto | $ 300.00 |
|     Other _____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)    real estate taxes, debtor and spouse income taxes | $ 1,950.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 675.00 |
|     Other _____ | $ 0.00 |
|     Other _____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other _____ | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 6,465.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ 8,519.00 |
| B.  Total projected monthly expenses | $ 6,465.00 |
| C.  Excess income (A minus B) | $ 2,054.00 |
| D.  Total amount to be paid into plan each _____ monthly | $ 0.00 |
|     (interval) | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## District of Massachusetts

In re   Gary B. Hodge

_____
Debtor

Case No.   05-47599
_____
(If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | YES | 1 | $ 214,500.00 | | |
| B - Personal Property | YES | 3 | $ 1,250.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 10,680.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 28,794.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 41,966.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 8,519.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 6,465.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 22 | | | |
| Total Assets ▶ | | | 215,750.00 | | |
| Total Liabilities ▶ | | | | 81,440.00 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-640 - 32151